UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Yisroel Teitlebaum<br><br>    Plaintiff,<br><br>    v.<br><br>Officer Ryan P. O'Neil, et al,<br><br>    Defendant. | Civil Action No. 2:23–cv–88 |

**ORDER**

On or before June 20, 2023, Plaintiff shall return executed his Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 12th day of June 2023.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge