UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Yisroel Teitlebaum<br>252 Depot Road<br>Milford, CT  06460<br><br>                Plaintiff,<br><br>       v.<br><br>Officer Ryan P. O'Neil<br>2 E. Main Street<br>Wilmington, VT  05363<br><br>-and-<br><br>Jennifer Nilsen<br>37 Look Road<br>Wilmington, VT  05363<br><br>-and-<br><br>Eric Potter<br>21 Look Road<br>Wilmington, VT  05363<br><br>-and-<br><br>David Boliver<br>11 Myhre Hill Road<br>Wilmington, VT  05363<br><br>-and-<br><br>Town of Wilmington<br>2 East Main Street<br>Wilmington, VT  05363<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 2:23-CV-88<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATED DISMISSAL WITH PREJUDICE**

     NOW COME the parties, by and through their respective counsel, pursuant to F.R.C.P. 41(a)(1)(A)(ii), and hereby stipulate, based on stipulated Settlement Terms reached at Early Neutral Evaluation on June 11, 2024, that this case may be **DISMISSED WITH PREJUDICE**, to include all claims for attorney's fees pursuant to 42 U.S.C. § 1988 or otherwise, with all parties to bear their own costs and attorneys' fees.

PLAINTIFF, YISROEL TEITLEBAUM

BY:*/s/ Pietro J. Lynn, Esq.*          *07/11/24*
    Pietro J. Lynn, Esquire          Date
    Lynn, Lynn, Blackman & Manitsky, P.C.
    76 St. Paul St., Suite 400
    Burlington, VT  05401
    (802) 860-1500
    plynn@lynnlawvt.com

DEFENDANT, RYAN P. O'NEIL

BY:*/s/ Michael J. Leddy, Esq.*     *07/11/24*
    Michael J. Leddy, Esquire          Date
    McNeil, Leddy & Sheahan, P.C.
    271 S. Union Street
    Burlington, VT  05401
    (802) 863-4531
    mleddy@mcneilvt.com

DEFENDANT, JENNIFER NILSEN

BY:*/s/ James A. Valente, Esq.*    *07/11/24*
    James A. Valente, Esquire     Date
    Costello, Valente & Gentry, P.C.
    P.O. Box 483
    Brattleboro, VT  05301-0483
    (802) 257-5533
    valente@cvglawoffice.com

DEFENDANT, ERIC POTTER

BY:*/s/ Debbie Lorusso Makris, Esq.*    *07/11/24*
    Debbie Lorusso Makris, Esquire    Date
    Getman, Schulthess, Steere & Poulin, P.A.
    1838 Elm Street
    Manchester, NH  03104
    (603) 634-4300
    dmakris@gssp-lawyers.com

DEFENDANT, DAVID BOLIVER

BY:*/s/ John E. Brady, Esq.*     *07/11/24*
    John E. Brady, Esquire          Date
    Brady/Donahue
    P.O. Box 39
    Springfield, VT  05156
    (802) 885-2001
    jbrady@bradydonahue.com

DEFENDANT, TOWN OF WILMINGTON

BY:*/s/ James F. Carroll, Esq.*          *07/11/24*
    James F. Carroll, Esquire          Date
    Carroll, Boe, Pell & Kite, P.C.
    64 Court Street
    Middlebury, VT  05753
    (802) 388-6711
    jcarroll@64court.com

SO ORDERED:

_____          _____
Presiding Judge                                                      Date